

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
OFFICE OF THE CHIEF IMMIGRATION JUDGE

5107 Leesburg Pike, Suite 2545
Falls Church, VA 22041

CUBER, BAIRD A., ESQ.
299 BROADWAY, SUITE #1200
NEW YORK, NY 10007

DATE OF THIS NOTICE: 7/20/2000

In re: LIN, JIANG ZHOU

File: A73-663-680

During fiscal year 1999, which lasted from October 1, 1998 until September 30, 1999, an Immigration Judge found that you were eligible for asylum based on resistance to coercive population control methods. The Immigration Judge ordered that you be granted asylum on a conditional basis. The order was conditional because, under section 207(a)(5) of the Immigration and Nationality Act, not more than 1,000 persons can be granted asylum or admitted as refugees pursuant to a persecution claim based on resistance to coercive population control methods in a fiscal year.

The Immigration and Naturalization Service has informed the Executive Office for Immigration Review that individuals who were conditionally granted asylum based solely on resistance to coercive population control methods from October 1, 1998 to March 18, 1999, have been allocated a number within the 1,000 cap. Accordingly, the condition on the Immigration Judge's grant of asylum in your case has been removed as of the date of this notice, 7/20/2000.

You are eligible to apply for employment authorization with the Immigration and Naturalization Service based on the approval of your asylum application. In addition, you may apply for permanent residence status with the Immigration and Naturalization Service one year after the date of this notice, 7/20/2000. Any dependents listed below may be eligible for the same benefits.

*Michael J. Creppy*

Michael J. Creppy
Chief Immigration Judge

cc:   District Counsel
      ROP