UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
JIANG ZHOU LIN,

                Plaintiff,                      **ECF CASE**

      v.

                                            08 Civ. 5530 (RPP)

U.S. DEPARTMENT OF HOMELAND
SECURITY,

                                            NOTICE OF APPEARANCE

                Defendant.
------------------------------------------------------------ x

TO:    Clerk of Court
         United States District Court
         Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
          July 15, 2008

                                                          Respectfully submitted,

                                                          MICHAEL J. GARCIA
                                                          United States Attorney for the
                                                          Southern District of New York

                                   By:    /s/_____
                                                           NATASHA OELTJEN
                                                          Assistant United States Attorney
                                                           86 Chambers Street, 3rd Floor
                                                          New York, New York 10007
                                                          Telephone: (212) 637-2769
                                                          Facsimile: (212) 637-2786
                                                          Email: natalia.oeltjen@usdoj.gov

TO:    David Xiaoming Feng, Esq.
         The Feng Law Firm, P.C.
         401 Broadway
         New York, NY 10013