Aug 05 08 02:12p    Case 1:08-cv-05530-RPP    Document 3    Filed 08/06/2008    Page 1 of 1    p.1



ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LIN JIANG ZHOU,

                Plaintiff,

- against -

U.S. DEPARTMENT OF HOMELAND SECURITY,

                Defendant.

Docket No. 08 Civ. 5530 (RPP)
A73-663-680

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above-captioned action is dismissed with prejudice and without costs or attorney's fees to any party.

New York, New York
August 8, 2008

FENG & ASSOCIATES, P.C.
Attorneys for Plaintiff

_____
David X. Feng, Esq.
401 Broadway, Suite 1902
New York, New York 10013
Tel.  (212) 965-1899
Fax  (212) 965-1852

New York, New York
August 5, 2008

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant

_____
Natasha Oeltjen, Esq.
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.  (212) 637-2769
Fax  (212) 637-2786

August 8 2008
SO ORDERED:

_____
Hon. Robert P. Patterson
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/08